# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:18-mj-00812-VCF |
| CAMERON JEZIERSKI | ) | |
| | ) | Charging District:  District of Maryland |
| Defendant | ) | Charging District's Case No.  ROB-18-0465 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | District of Maryland | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  September 18, 2018

_Judge's signature_

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_Printed name and title_

RECEIVED
SERVED ON
FILED COUNSEL/PARTIES OF RECORD
ENTERED

SEP 18 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY